**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                        Case No. **11-00124-BKT13**

**SANTIAGO, CARLOS A & MIRANDA, NILDA E**          Chapter **13**
                                   Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **12/29/2010**                             ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION                  Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **505.00** x **60** = $ **30,300.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

                TOTAL: $ **30,300.00**

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $_____

    PROPOSED BASE: $ **30,300.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **1,300.00**

Signed: **/s/ CARLOS SANTIAGO**
               Debtor

          **/s/ NILDA E MIRANDA RONDON**
               Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
     **BANCO DE DESARR**
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
     **ASOC RESIDENTES    BANCO POPULAR D    BANCO POPULAR D**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                   ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)

Attorney for Debtor **Joselyn M Ramirez**                     Phone: **(787) 753-1442**

**CHAPTER 13 PAYMENT PLAN**

IN RE **SANTIAGO, CARLOS A & MIRANDA, NILDA E**      Case No. **11-00124-BKT13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

|  | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | **POPULAR AUTO** | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only