IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CARLOS A SANTIAGO

NILDA E MIRANDA

XXX-XX-6630

XXX-XX-8552

Debtor(s)

CASE NO. 11-00124 BKT

Chapter 13

FILED & ENTERED ON 06/09/2011

### ORDER

Upon debtor(s)' reply (see docket entry #30), the motion to dismiss filed by the Trustee , docket entry #29 is hereby denied.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 09 day of June, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

C: DEBTOR
JOSELYN M RAMIREZ
JOSE RAMON CARRION MORALES